WENDY LIU (*pro hac vice*)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

CRISTINA KLADIS (State Bar No. 332812)
Animal Legal Defense Fund
5665 Wilshire Boulevard, #1597
Los Angeles, CA 90036
(707) 795-2533
ckladis@aldf.org

TARAH HEINZEN (*pro hac vice*)
Food & Water Watch
1616 P Street NW, Suite 300
Washington, DC 20036
(202) 683-2457
theinzen@fwwatch.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND ET AL,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL,<br>Defendants. | Case No. 24-cv-3093 JD<br>**STIPULATION OF DISMISSAL, WITH PREJUDICE**<br>Hon. James Donato |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, in contemplation of the following, respectfully stipulate to dismiss this action, with prejudice, with each side to bear its own costs and attorneys' fees:

1. In this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, plaintiffs Animal Legal Defense Fund (ALDF) and Food & Water Watch filed suit to compel Defendants U.S.

Department of Agriculture and Farm Services Agency (collectively, USDA) to disclose National Environmental Policy Act (NEPA) environmental review records. Plaintiffs ALDF and Food & Water Watch alleged that USDA's failure to affirmatively disclose records violates FOIA. In addition, ALDF alleged that USDA's failure to disclose information in response to ALDF's January 18, 2024, FOIA request violates FOIA. *See* ECF No. 1.

2. The parties filed cross-motions for summary judgment. On April 13, 2026, the Court decided the summary judgment motions, granting in part USDA's motion and granting in part Plaintiffs' motion. ECF No. 53. The summary judgment order required Defendants to release withheld information by May 1, 2026. Defendants produced that information on April 29, 2026.

3. By stipulation, the parties agreed to stay USDA's productions of the remaining records responsive to ALDF's FOIA request pending the resolution of the parties' disputes on the FOIA exemptions 3 and 6 withholdings in the records that had already been produced. *See* ECF No. 27. In light of the Court's summary judgment decision, the FOIA exemptions 3 and 6 issues have been resolved. Accordingly, USDA resumed processing and producing records responsive to ALDF's FOIA request.

4. USDA is continuing to produce records in response to ALDF's FOIA request. The agency commits to making rolling productions until it completes its production of records responsive to ALDF's request.

DATED: October 19, 2026

Respectfully submitted,

*/s/ Wendy Liu*[1]
WENDY LIU
Public Citizen Litigation Group
*Attorneys for Plaintiffs*

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney
*Attorney for Defendants*

[1] I, Wendy Liu, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Defendants.